UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 11 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ALISON GOODMAN,                    )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   Civil Case No.
                                   )   1:14-cv-996 (RJL-GMH)
CAROLYN W. COLVIN,                 )
                                   )
        Defendant.                 )

## MEMORANDUM OPINION
(January __9__, 2017) [Dkts. ##12, 13, 15]

On June 6, 2016, Magistrate Judge G. Michael Harvey's [15] Report and Recommendation was entered. The parties then had 14 days to file objections to the recommendations made by the Magistrate Judge. Fed. R. Civ. P. 59(b)(2). No objections have been filed as of this date. Upon careful consideration of the record in this case and of Magistrate Judge Harvey's [15] Report and Recommendation, the Court ADOPTS and ACCEPTS the Report and Recommendation in full.

Accordingly, the Court shall GRANT defendant's [13] Motion for Judgment of Affirmance and shall DENY plaintiff's [12] Motion for Judgment of Reversal. The Court shall affirm the Commissioner's decision in this matter and this case shall be dismissed in its entirety. An appropriate Order accompanies this Memorandum Opinion.

RICHARD J. LEON
United States District Judge